IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK LEE, JR.,<br>AIS 154448, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 13-00543-KD-C |
| CYNTHIA STEWART, | : | |
| | : | |
| Respondent. | | |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 3) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 13, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d), that Petitioner is not entitled to a Certificate of Appealability, and that Petitioner is not entitled to appeal *in forma pauperis*.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **12th** day of **December 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**